FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jan 24, 2025

OFFICE OF THE CLERK

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Arkansas
Fayetteville Division

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| Information associated with Snapchat | ) | Case No. ___5:25-cm-00004___ |
| Account username "realbo2024", | ) | |
| and username Brandon552 at the premises | ) | |
| controlled by Snapchat | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*: **See Attachment A. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.**

located in the Western District of Arkansas, there is now concealed *(identify the person or describe the property to be seized)*: **See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;

- ☑ contraband, fruits of crime, or other items illegally possessed;

- ☑ property designed for use, intended for use, or used in committing a crime;

- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement or Coercion of a Minor |
| 18 U.S.C. § 2251(d) | Sexual Exploitation of a Minor . |
| 18 U.S.C. § 2252A(a)(1) | Transportation of Minor |
| 18 U.S.C. § 2252A(a)(2) | Receipt/Distribution of a Minor |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography/Access with Intent |

The application is based on these facts: See Affidavit of FBI TFO Alison Nguyen

√   Continued on the attached sheet.

☐   Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Alison Nguyen, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   1/24/2025

_____
*Judge's signature*

City and state:   Fayetteville, Arkansas

Christy Comstock, United States Magistrate Judge
*Printed name and title*

**<u>Affidavit in Support of Application for Search Warrant</u>**

I, Alison Nguyen, being duly sworn, depose and state as follows:

      1.    I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") currently assigned to the Resident Agent in Charge Office in Fayetteville, Arkansas. I have been a law enforcement officer/deputy since July of 2013. As part of my daily duties as a TFO, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This Affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

      2.    I make this affidavit in support of an application for a search warrant authorizing the search of Snapchat Accounts realbo2024 and Brandon552 (hereinafter referred to as the SUBJECT ACCOUNTS), which belong to Bradley QUILLEN. Preservations of both SUBJECT ACCOUNTS have been served. Specifically, I believe there is now probable cause to believe that evidence, fruits, and/or property designed for use, intended for use, or used in committing violations of Title 18 U.S.C. § 2422(b) (Enticement and Coercion of a Minor), Title 18 U.S.C § 2251(d) (Sexual Exploitation of Children), Title 18 U.S.C. § 2252A(a)(1) Transportation of Child Pornography), Title 18 U.S.C. 2252A(a)(2) (Receipt/Distribution of Child Pornography), Title 18

U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography/Access with Intent ) are currently within the above listed accounts. The information to be searched is described in the following paragraphs and in Attachments A and B.

3.    This Affidavit is intended to merely show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.    There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes further described in Attachment B.

### Statutory Authority

5.    This investigation concerns alleged violations of Title 18, United States Code, Section 2422, 2252 and 2252A, relating to material involving the sexual exploitation of minors, which has been defined in Title 18 United States Code. Section 2256, as an individual under 18 years of age.

a)    18 U.S.C. § 2422(b) (Enticement of Coercion of a Minor) prohibits a person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

b)    18 U.S.C. § 2251(d) (Sexual Exploitation of Children) prohibits any person from Knowingly making, printing, or publishing any notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute or reproduce, any visual depiction of child pornography

c)      18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography) prohibits a person from knowingly mailing, transporting, or shipping any child pornography, using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by a computer.

d)      18 U.S.C. § 2252A(a)(2) (Receipt/Distribution of Child Pornography) prohibits a person from knowingly receiving or distributing any child pornography or material containing child pornography using any means or facility of interstate or foreign commerce or that has been mailed, shipped, or transported in in or affecting interstate or foreign commerce by any means, including by computer.

e)      18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography/Access with Intent) prohibits a person from knowingly possessing  or knowingly accessing with intent to view, any book, magazine, periodical, film, video-tape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

f)      The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

g)      The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

h)      The term "computer," as defined in 18 U.S.C. § 1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

i)      The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

## Probable Cause

6.      On or about Saturday, April 13, 2024, the parents of a minor female, referred to herein as BC, contacted the Waukesha County Wisconsin Sheriff's Department regarding in appropriate online conversation their minor daughter was having. Later that day, Waukesha

County Sheriff's Office Deputy Leibiger conducted an interview with BC at the Sussex Public Safety Building, in the Village of Sussex.

7.      Per Deputy Leibiger, BC advised she noticed an unknown male added her on Instagram; therefore, she added him back. BC advised she asked the unknown male actor what he looked like, and the individual sent her a photograph of himself. The unknown male actor asked BC what she looked like; therefore, she sent a photograph of herself. The unknown male actor told BC that she looked, "cute." BC asked the individual where he lived, and he advised Arkansas. BC advised the individual asked her, "If she ever seen a man ejaculate," and she stated, "No." The individual asked, "Do you want to?" BC advised she ignored the question. BC explained she sent a photograph of her ceiling to the individual instead of answering the question. According to BC, the individual sent her a photograph of his hand in his pants. BC advised she didn't respond to the photograph. BC advised the individual asked her, "Show me some of you." According to BC, she replied, "I don't feel comfortable doing that." BC explained the individual continued to request photographs from her until she agreed to send photographs of herself. It should be noted BC advised, "I shouldn't have given in."

8.      According to BC, while she was located at her neighbor's house, she provided the male photograph of ZM, a male friend. The individual asked, "Who is that?" BC advised the individual that the photograph was of ZM. The individual requested BC to touch and grab ZM's "inappropriate spots." According to BC, the individual continued to "plead" for her to complete those actions. BC advised the individual that she was done and requested him to stop. According to BC, she advised the individual that she didn't want to touch and grab ZM's "inappropriate spots" because that's not right. It should be noted that BC blocked the individual only on Snapchat. I asked BC if the individual was continuing to reach out to her on Instagram, and she advised, "I

don't know." I asked BC if she asked the individual how old he was, and she stated, "He explained that he was in eighth grade; therefore, I lied and told him I was in eighth grade as well." The deputy asked BC when she added the individual on Snapchat, and she advised, "On Thursday, April 11, 2024." He then asked BC when she added the individual on Instagram, and she advised, "On Thursday, April 11, 2024."

9.      Deputy Leibiger asked BC when she sent the photographs to the individual, and she advised, "On Friday, April 12, 2024, in the afternoon, I sent the individual photographs over Snapchat." When asked how many photographs BC sent, she explained, "I don't remember how many pictures I sent. I did send him one or two videos as well." The deputy asked where she was located when she sent the photographs, and she stated, "I was at home within my bedroom." The deputy asked BC how many pictures the individual sent, and she advised, "I don't remember." I asked BC what the individuals' username for Snapchat and Instagram were, and she explained, "His snapchat name is Hunter Addi, and his username is hogs2224. His Instagram name is Hunter Addison, and his username is huntaddison2224." The deputy asked BC when she went to ZM's house, and she explained, "I went over to his residence at approximately 4:30PM on Friday, April 12, 2024." The deputy asked BC who she was hanging out with at ZM's residence, and she explained, "I was hanging out with ZM and CM." BC was asked if she inappropriately touched ZM, and she stated, "No." BC said that CM told their mother about the request by the male.  BC said she felt pressure to send the photographs to the male. BC advised that she did not send the photographs willingly when asked. It should be noted that BC's mother asked BC, "Are you sure about that?" regarding BC's response to sending the photographs willingly.

10.      On Friday, April 12, 2024, at approximately 9:30PM, BC's father advised that his neighbor sent a text message to his wife, regarding messages that BC was receiving via Snapchat.

It should be noted that the text message from the mother of ZM advised BC's parents that an individual was instructing BC to have inappropriate contact with ZM. BC's parents then spoke with BC about the messages, and BC advised her parents that she became friends with an unknown individual on Snapchat and Instagram. It should be noted that BC advised her parents that she accepted the friend request from the individual due to having mutual friends on social media. BC advised her parents that she blocked the individual after BC received the request to have sexual contact with ZM. According to BC's father, once his family was finished discussing the incident, BC went to bed. The father advised that after he and his wife went to bed, BC advised her mother that she sent photographs of herself to the unknown male actor. It should be noted that BC's mother then looked through BC's phone and discovered the photographs, which included one photograph of BC in underwear, one photograph of BC fully nude, and one video of BC fully nude. BC's father then identified two females from BC's middle school who are mutual friends with this male individual on Instagram.

11.    BC's mother advised that she received a text message from her neighbor, which alerted her to some concerning behavior. The neighbor indicated that BC was showing her phone to ZM and CM where BC was receiving messages via Snapchat from a "boyfriend," who was asking BC to touch herself as well as one of the neighbor boys. The "boyfriend" was requesting BC to provide nude photographs of herself while completing explicit acts towards one of the neighbor boys. BC's mother and her husband inquired with BC regarding what was going on, which included asking who the individual was. BC informed her parents that she did not know the individual due to him only requesting to be friends. BC informed her parents that the individual and her were arguing because the individual was requesting inappropriate pictures which resulted in BC blocking the individual. The mother took BC's phone to verify that BC blocked the

individual. BC responded to in tears and BC stated, "I did something really bad." BC's mother

asked BC what she did, and BC confessed to sending nude photographs to the individual. It should

be noted that BC lied to her parents about sending nude photographs within the first conversation.

It should be noted that BC explained to her mother that she believed accepting the friend request

would be "okay." BC's mother located three photographs on BC's phone which included one of

BC in underwear, one of BC fully nude, and a video of BC fully nude.

12.    On Friday, May 10, 2024, Detective Moonen with the Waukesha County Wisconsin

Sheriff's Department received an email from Wisconsin Department of Justice analyst Matthew

Lochowitz that contained Snapchat Results from an administrative subpoena that he issued on May

3, 2024, regarding Snapchat username: hogs2224. Detective Moonen, reviewed the results on

Saturday, May 11, 2024, and noted the following:

    a)    SUBSCRIBER INFORMATION The subscriber information indicates a Snapchat

        username of 'hogs2224' with an associated email address of bdquille@uark.edu.

        The display name shows "Hunter Addi" with a status of "Active."

    b)    There is "username history" which indicates that the original username of the

        account was "bradquillen," which appears to have been updated on Wednesday,

        October 18, 2023.

    c)    The bitmoji gender indicates that the person using Snapchat username 'hogs2224'

        is male. The subscriber information also provides a name of "Brad" with a date of

        birth of 03/25/1995 and an associated phone number of 1(479)871-6993 IP DATA.

    d)    There were six IP addresses associated with Snapchat username 'hogs2224' within

        the timeframe requested by analyst Lochowitz. Using law enforcement resources,

        the following IP addresses were determined to being utilized from the following

        postal codes and associated ISP (internet service provider):

     i.       75.39.193.56 - POSTAL CODE: 72758 - AT&T Internet

     ii.      107.119.41.20 - POSTAL CODE: 63129 - AT&T Wireless

     iii.    107.119.41.111 - POSTAL CODE: 63129 - AT&T Wireless

     iv.    107.119.41.129 - POSTAL CODE: 63129 - AT&T Wireless

     v.     166.196.110.38 - POSTAL CODE: UNK - AT&T Wireless

     vi.    206.255.78.249 - POSTAL CODE: 71913 – Cablelynx

13.    Based on the information provided on the administrative subpoena, Detective Moonen stated she recognized that the associated email of bdquille@uark.edu belonged to an educational facility and conducted an online search of the University of Arkansas. She contacted the police number for The University of Arkansas and spoke with the dispatch center on May 11, 2024.  Det. Moonen identified herself to the dispatcher as sworn law enforcement personnel. Det Moonen asked the dispatcher if the University of Arkansas students/staff had email addresses containing "@uark.edu" in which they confirmed. Det. Moonen provided the email address of bdquille@uark.edu and asked if they could confirm the information. Dispatch provided the following information for that user to be:

     a.     NAME: Bradley D. Quillen

     b.     STUDENT: Fall 2013 - Spring 2018 GRADUATED: Spring 2018 with a bachelor's degree in education

14.    Waukesha County Sheriff's Office in Wisconsin contacted me, TFO A. Nguyen regarding transferring the case to Benton County, Arkansas.  During the resulting investigation, it was determined that Bradley Quillen was a local middle school teacher.

15.    On May 16, 2024, LT. Despain and your affiant, TFO A. Nguyen made contact with Bradley Quillen at the Kirksey Middle School.  Bradley was advised he was not under arrest and free to go at any point in time. This following is a brief summary of the interview with Bradley

Quillen on May 16, 2024. Bradley stated he lived at in Rogers, Arkansas. Bradley teaches 7th and 8th Grades students. He teaches specifically a key code/computer class and coaches basketball, cross county, and track. Bradley stated he does not live with anyone at his residence and identified his phone number. I asked what social media accounts he uses, and he stated: Instagram, Twitter/X, and Facebook. Bradley explained that his usernames were associated with his real name, and he has access to some of the Kirksey social media accounts as well. I explained to Bradley that the reason I was making contact with him was because his name came up in an investigation where there was a person online communicating with children in another state. I asked Bradley what email accounts he had, and he stated: a Gmail account, an RPS AR account, and an Arkansas State account. Bradley identified that these were his email accounts: Quillen.Brad22@gmail.com, and Bradley.Quillen@Smail.Astate.edu.

16.     I asked Bradley if he still had access to his University of Arkansas email account, and he said no. I asked Bradley if he had any social media accounts that were not linked to his name Bradley Quillen. He stated no. Bradley said he has had old accounts that he got rid of because kids "followed" him. Bradley explained this was years ago. I asked Bradley what type of electronics he had, and he said that he had his phone, school laptop, and an Xbox. Bradley said he had an old Mac at home that was used in college. Bradley said he would not utilize his personal accounts on the school laptop. Bradley explained that he keeps his personal accounts separated from his school accounts. I asked Bradley to talk to me about the snapchat account Hogs2224. Bradley said that he previously had a Snapchat account that was associated with his name. I asked Bradley about the email account BDQuille@uark.edu. He stated that was his college account from 2018. Bradley said his internet was through ATT and previously Cox Communications. I asked Bradley about the name Hunter Addison, and he did not know.

17.     Bradley provided consent to search his cell phone.  Bradley said he travels between here and Memphis to visit his girlfriend.  Bradley signed the Benton County Sheriff's Office Consent to Search Computer Equipment/Electronic Data form.  I asked Bradley if he had any questions regarding the form, and he stated he did not.  I asked Bradley if he would consent to letting officers/Detectives search his home for electronics.

18.     Bradley provided consent to search.  Bradley then reviewed and signed the Benton County Sheriff's Office Consent to Search form.  I advised Bradley that we appreciated all of his cooperation.  Lt. Despain and I stayed with Bradley while investigators conducted the search of the residence.  BCSO Deputies/Investigators collected the following items from the residence:

   a.     SC1- Apple MacBook Pro- CO2TQAT6HV22

   b.     SC2- Apple iPad- GG7YNTLXJI8J

   c.     SC3-Apple iPhone with a sticker

   d.     SC4- Apple iPhone (Red) with sticker

   e.     SC5-Apple iPhone Silver imei: 359231067036721

19.     Throughout the wait and conversation, Bradley said he had an old phone in a drawer, and a second Mac belonged to his girlfriend.  When presented with what investigators located, Bradley stated we could search the silver MacBook, and his phone, but denied consent for the additional phones and iPad.  The additional phones and iPad where seized.

20.     On May 23, 2024, Bradley Quillen met with me at the Benton County Sheriff's Office.  This is summary of the conversation with Bradley Quillen. Bradley was advised he was not under arrest and free to go at any point in time.  I advised Bradley that his phone was now considered seized.  (I had told Bradley prior to the interview that his phone was being seized).  I advised Bradley that there were things he wasn't truthful about in the initial interview.  Bradley asked what they were, and I started by saying that he had more social media than he originally

disclosed.  Bradley said he had Twitter/X, Instagram, Facebook, TikTok.  I told Bradley that he

had Discord.  Bradley said that he doesn't know how to use Discord. I asked Bradley if any of his

accounts ever referenced the name Hunter Addison or Hunter Addi.  Bradley said no. I advised

Bradley that there were artifacts on his phone referencing that name.  I placed three papers on the

table which displayed the following Instagram Accounts:

        a)      hunteraddison5

        b)      hunter_addi2021

        c)      hunteraddison2224

21.    I asked Bradley if he thought these were the same person.  Bradley said he did not

know.  I advised Bradley that I had already found one of the accounts on his phone.  Bradley

continued to deny knowledge and accessing this account.  I told Bradley he got in over his head,

and he agreed that he did.  I asked Bradley how long it has been going on, and he said about a year

or two.  Bradley advised he never touched anyone.

22.    I asked Bradley; which was the first account he created, and he said he did not

remember.  I asked Bradley which account was the last and he acknowledged the account

hunaddison2224.  Bradley said he did this out of boredom, and he did not know why he did it.  I

asked Bradley who he would be talking to on these accounts, and he said just people he would

follow.  I asked Bradley if it was like twelve/ thirteen-year-olds.  Bradley explained there were

some on there.  I asked Bradley what age he was primarily talking to, and he said about fifteen or

sixteen, and sometimes younger than that.  I asked Bradley if a parent ever confronted him, and he

said no, not that he could remember.  I pulled out a piece of paper with a user account on it.  I

asked Bradley about that conversation.  Bradley said he thought I meant a mom in real life, and I

said I meant on the computer.  Bradley said he did not remember.  Bradley was presented with a

print out of the conversation between that account and the hunter_addi2021.  In the messages, it

states "this is her mom u need to stop texting her bc I don't know how u are". I asked Bradley about the reported account, and he did not recall her specifically. I asked if any of the kids had sent him photos, and he said yes. Bradley said that he did not know specifically. I asked Bradley how old they were, and he said around fifteen. I asked Bradley if any were younger, and he said he did not know. I told Bradley that I knew she (referencing the reported account) sent him photographs.

23.     I asked Bradley if he recognized two girls (photographs off of his phone). I asked Bradley to tell me about the first time (meaning talking to children online), and he said it was probably when he had Snapchat, and someone added him. Bradley said he does not specifically remember a time. Bradley explained that it wasn't even excitement for him. I asked him if he was trying to get them to send him nude photographs, and he said no, but if it came up, it came up. I asked Bradley how it would typically get brought up. Bradley explained that sometimes it would be from talking, and something would be said, and it would escalate from there. I asked Bradley if it was always girls or ever boys, and he exclaimed that it was always girls.

24.     I asked Bradley to tell me about the person Hunter Addison is online, meaning his online persona. Bradley said that he wasn't trying to act like anyone. Bradley said that Hunter is someone he made up. Bradley said that he was fifteen years old, his schools and birthdays would be mixed up. I asked Bradley what "Hunters" sexual experience would be, and he explained that it would vary in conversation. I asked Bradley if there was a specific school he was interested in, or a friend group he was interested in. Bradley said no, he would just add random people. I asked Bradley if it was because he was around kids all day, and if it was because he saw them interacting. He stated no. I asked Bradley how many girls he talked to, and he estimated hundreds. I asked Bradley if there was anyone, he ever emotionally connected with, and he said no. I asked Bradley if had ever searched for child pornography, and he said no.

25.     I asked Bradley what about them was attractive, and he said it was just boredom, and he was never satisfied talking to them like that.  I asked Bradley if he would masturbate while talking to them, and he said never while just talking.  Bradley explained that sometimes he would if it escalated to that.  I asked Bradley if he would send images of himself to the girls, and he explained if they were he would, meaning if the girls send images of themselves, he will send images of himself.  I asked Bradley if he ever asked for nude images, and he said yes.  Bradley said it was never random, but it was in a conversation.  I asked Bradley if he ever felt like they were dating, and he said no.  I asked if he thought they felt like they were dating, and he said he didn't know.  I asked what would be the longest or most sexual conversation that I would see, and Bradley said he had no idea.  I asked Bradley how young would the youngest person he had a sexual conversation with be, and he said in the range of twelve/thirteen/fourteen.

26.     I asked if any of them ever found out he was an adult, and he said no.  I asked if anyone was ever local.  Bradley said there might have been.  I asked Bradley if there was any direct conversation with local kids, and he said yes.  Bradley explained they were random people, and he did not know their names.  I asked Bradley if any of them went to his school, and he said yea, but he did not know who.  Bradley explained that even at school he never tried to do anything with anyone, and it was all online.  I asked Bradley who they were.  Bradley named a female child. Bradley said he never did anything with her sexually.  I asked Bradley if any of the girls from his school ever sent him nudes, and he said no.  I asked Bradley if they did from any of the other local schools.  Bradley could not recall any of their names.  Bradley said he never focused on their name, but what they were talking about.  Bradley explained they would talk about if they were dating anyone, meeting up, and if they have ever done anything sexual etc.  Bradley said that we have the devices he used.  He said it was his phone, the iPad, and the other phones except the tiny black phone. Bradley said he could not remember all the snapchat accounts.  Bradley explained that he

does not have access to those accounts anymore, because he logged in too many times or on different devices.  Bradley said there was another kid that went to Kirksey that he talked to. Bradley said there was never nudes sent with her, but it was sexual in nature.  I asked Bradley if there were any other platforms besides Instagram and Snapchat.  Bradley explained he had an addiction, and he felt bad because he did this.  Bradley said that he wanted to stop, but he was scared to tell people.  Bradley was very apologetic at the end of the interview.

27.     The three Instagram accounts mentioned above all have the same vanity name of Hunter Addison.  Hunteraddison5 and huntaddison2224 have visually the same profile photograph of a male wearing a yellow basketball jersey with the number fourteen on it.  The account hunter_addi2021 has a profile photograph of a basketball player wearing a white and purple jersey. While the usernames have very similar likeness, it is reasonable to believe the profile photographs are of the same child.  Hunter_addi2021 has text under his vanity name that states "Snap got locked so I made this!".

28.     Investigators located the user account hunter_addi2021 on Bradley's cell phone.

29.     The following item was collected from Bradley at the school:

a.     AN1-Apple iPhone imei: 355241301875440

30.     Detectives have sought and obtained a search warrant for the electronic devices. The electronic data is still under review at this time.  Detectives have conducted multiple social media search warrants on the suspect accounts.  Additionally, multiple subpoenas and open-source work have been done to identify some of Quillen's victims.   The following will be broken down to specifically articulate different victims, their statements, and the data associated with them.  It should be noted that Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4 are all local to the Northwest Arkansas area.

**JANE DOE 1**

31.    Jane Doe 1 is fourteen years old. Investigators have currently located a total of eight images and two videos of Jane Doe 1 from the Instagram search warrant return for an account identified as belonging to Bradley Quillen.  Some of those images and videos meet the federal definition of child pornography. Below is a summary of the communication that she had with Bradley Quillen who had the username huntaddison2224 on Instagram:

a)  User Account huntaddison2224 on Instagram messaged Jane Doe 1 stating "Hiii" Jane Doe 1 responded saying "Hi".  Huntaddison2224 asked how old she was.  She replied "15". Huntaddison2224 asked if she had snapchat, and she stated she did not.  Huntaddison2224 advised they could just "snap" there (meaning on Instagram).  Huntaddison2224 asked if she was single, and she stated yes. Huntaddison2224 advised he was too, and he just got cheated on.

b)  Jane Doe 1 and Huntaddison2224 would send random photographs to each other with words written across them.  Huntaddison2224 sent a photo that had the words "sneak me in ur room :)" on it.  Jane Doe 1 replied "that's crazy" across a photograph.  Jane Doe 1 sent a photograph asking what Huntaddison2224 even looked like.  Huntaddison2224 sent the four stock photographs that he uses of a white male playing basketball.  Jane Doe 1 said that he was cute.  Huntaddison2224 asked for photographs of Jane Doe 1.  She sent four images of herself.

c)  Huntaddison2224 stated she was cute.  Huntaddison2224 asked "U innocent or nah?" She replied "Not really".  Huntaddison2224 stated "Same I've done a lot".  She stated "Same". Huntaddison2224 sent a photograph stating "Ngl sex is amazing".  Jane Doe 1 sent a photograph back staying "I've never done that".  Huntaddison2224 sent a photograph asking "Ever been close?"  She sent a photo back staying "Nope".  Huntaddison2224 asked if she had ever been fingered?  Jane Doe 1 stated "Yup".  Huntaddison2224 asked if he

went fast or slow? She stated "Both." Huntaddison2224 said "You'd love it with me:))" She asked "Oh really why's that". Huntaddison2224 sent an image where he's holding his penis that is in his shorts with the words "I'm just good at it". Jane Doe 1 said "Ok." Huntaddison2224 asked if he could see her full body. She asked what he meant. Huntaddison2224 clarified saying "Like ur full body".

d) Random photo messages were sent back and forth. Huntaddison2224 asked "Wane (sic) me to send a tease?" She replied "Maybe when I shower later". Huntaddison2224 asked when will that be? She stated "Like tonight". Huntaddison2224 stated "I won't have my phone until late. Please just a little."

e) She asked how she would do that. Huntaddison2224 said "Just show what u are wearing". Jane Doe 1 sent a photograph of herself standing in a mirror (you cannot see her entire face in this photograph). Huntaddison2224 sent a video back stating "Lift thay shirt upppp", and in the video the male is moving his penis with his hand through his shorts. She ends up sending a photograph of herself lifting her shirt and showing her bra. Huntaddison2224 sends himself grabbing his penis through his shorts with the words "Yessssss more" written across the image. She said "Like whatttt".

f) On 5/14/2024 both parties stated they were at school. Huntaddison2224 asked for a "pic of the fit". Jane Doe 1 sent a photograph of her in a mirror wearing black leggings and a gray sweatshirt. In the photograph you can see a school's lanyard consistent with a local school in Benton County on Jane Doe 1. Huntaddison2224 asked her "Do you wear thongs??" She stated "No". Huntaddison2224 stated "Damn it's ok! I wish u could see more of u rn."

g) In the messages, Jane Doe 1 stated which junior high school she went to, and Huntaddison2224 named a different junior high school that he went to. Huntaddison2224

asked "There any girls that have done a lot with a guy?"  Jane Doe 1 stated "Probably".  Huntaddison2224 asked "Have u heard or any of them doing stuff?".  Jane Doe 1 stated "Yea but why".

h) The following day, 5/15/2024, Huntaddison2224 sent an image with the words "Tease Me" written across them.  She sent a photograph of her hand covering her breast unclothed.  Hunteraddison2224 sent a video back taking his erect penis out of his shorts.   Jane Doe 1 sent a photograph of her breast.  Hunteraddison2224 sent a video back maneuvering his penis. Jane Doe 1 sent another image of her breast. Huntaddison2224 sent a message, "Le me see u spread ur legs open".  She sent a photograph of herself holding open her vagina.  Huntaddison2224 stated "Don't have the camera so close baby". She sent a second photograph of herself spreading her vagina with the camera farther away.  Hunteraddison2224 sent a video maneuvering his penis with the words "Move ur hand out of the way" written on it. She sent a third image of her vagina without her hand.  Hunteraddison2224 sent a video of his penis with the words written "Have you ever done stuff with a girl? She sent a fourth image of her vagina with the word "No" typed across her leg.  Another video of Hunteraddison2224 was sent where he is moving his exposed penis.  A fifth image of Jane Doe 1's vagina was sent.  A video of Hunteraddiso2224 moving his penis was sent.  In the messages, Jane Doe 1 asked "What are you saying?"  Huntaddison2224 stated "Finger it".  A video of Jane Doe 1 fingering her vagina was sent.  Hunteraddiso2224 sent a video moving his penis.  Another video of Jane Doe 1 fingering her vagina was sent.  Hunteraddiso2224 sent of a video of himself moving his penis. She sent an image of her vagina.

i) Amongst the conversation Jane Doe 1 sent a sixth photograph of her vagina.  Huntaddison2224 stated "I need u so bad".  She stated, "I need u to".  On 5/15/2024,

Huntaddison2224 stated "It would be hot if you had a friend sleepover and we all sent stuff ;)like together." Jane Doe 1 stated "Oh ok". Huntaddison2224 asked "Would you do that with me? ;)" She stated "Nope".

32.    On September 3, 2024, Jane Doe 1 was interviewed at the CAFC in Little Flock, Arkansas. FBI CAFI Interviewer Ashley Gonzales conducted the recorded interview of Jane Doe 1 stated she is currently fifteen years old, and she enjoys track and cross county. Jane Doe 1, who said she is currently a freshman. Jane Doe 1 identified her Instagram account that was referenced in this case. Ashley explained that she brought a few chats with her. Ashley said the username huntaddison2224. Jane Doe 1 said "oh yah". Ashley asked Jane Doe 1 to walk her through beginning to end with that person. Jane Doe 1 said they met on Instagram. She said that he told her he was fourteen. She said he lived in Arkansas and liked basketball. Jane Doe 1 said he knew she liked to run. Jane Doe 1 said she told him she was fifteen. Jane Doe 1 said that pictures and videos were exchanged with him and confirmed the images/videos were inappropriate. Jane Doe 1 said that she did not want to talk about the incident. Ashley brought up that she had pictures with her, and Jane Doe 1 stated she did not want to see them. Ashley asked what body parts were seen in the pictures and videos. Jane Doe 1 said breast, and "down there". Ashley asked about the "down there" place, and what it was used for every day. Jane Doe 1 said to go to the bathroom. Ashley asked if it was to pee or poop, and Jane Doe said to pee. Ashley asked if you could see the skin in the images/video, and Jane Doe 1 said yes. Jane Doe 1 also said yes to seeing his skin in his photographs. Jane Doe 1 said she had mutual friends with the huntaddison2224 account.

## Jane Doe 2

33.    Jane Doe 2 is fifteen years old. Below is a summary of the communication that she had with Bradley Quillen who had the username huntaddison2224 on Instagram.

34.     On May 20, 2024, the Instagram account huntaddison2224 sent "Heyyy" to Jane Doe 2.  Jane Doe 2 responded with "Heyy".  Huntaddison2224 asked how old she was.  Jane Doe 2 told Huntaddison2224 he had texted her spam account.  Jane Doe 2 stated he tried to add her, and it didn't work.  Jane Doe 2 sent a snapchat screenshot displaying her screenname.  On snapchat the two exchanged approximately 176 snaps[1], however I could not see the content in a conversation view. The following are notable images:

    a.)     Image of suspect covered with a blanket with the words "Truth or dare???? But like dirty".

    b.)     Image of suspect grabbing his penis through his shorts.

    c.)     Image of suspect grabbing his penis with the words "Show me where u want my hand".

    d.)     Image with suspect writing "Can I see a tease ;)."

35.     On August 20, 2024, Jane Doe 2 was interviewed at the CAFC in Little Flock, Arkansas.  FBI CAFI Interviewer Ashley Gonzales conducted the recorded interview.  This is a summary of the interview with Jane Doe 2. Jane Doe 2 stated she is currently fifteen years old, and enjoys art.  Ashley advised Jane Doe 2 that she was not in any trouble.  Jane Doe 2 stated she has two Instagram accounts one being a "Spam" account.  Jane Doe 2 explained that she posts different content on both accounts.  Ashley explained that she had some chats from a conversation between (named Jane Doe's social media account), and huntaddison2224, and the conversation occurred around 5/16/2024. Investigators have currently located four images of Jane Doe 2 in the return from the search warrant to Snapchat.

---

[1] Snaps = Messages

36.    Jane Doe 2 stated she might remember if she could see the Instagram.  Jane Doe 2 was shown a printed-out page of the chat messages.  Jane Doe 2 stated she thought she knew who it was, and said it was a random account.  Jane Doe 2 asked if she could look at her phone.  Jane Doe 2 read messages between them out loud.  Jane Doe 2 stated he followed both of her accounts, and he is friends with a lot of people from their school.

37.    When Jane Doe 2 was reading the messages from her phone, she identified herself as being fifteen years old and he said "same".  Jane Doe 2 stated she goes to a high school in Benton County. Jane Doe 2 stated she did not remember sending photographs of body parts.  Jane Doe 2 identified a nude image of herself, and stated it was her bedroom and her body.  Jane Doe 2 explained she thought she sent him photographs from her "My Eyes Only [2]".  Jane Doe 2 explained she had the photograph saved and she did not create it for him.  Jane Doe 2 identified a second nude image of herself. She stated he would say inappropriate things, and send images of his penis.  Jane Doe 2 described "hunter" as sending images that would say stuff, and the photograph was a "bump" like his penis covered up. Jane Doe 2 stated she did receive a video of him masturbating.

38.    After the interview was completed, I took photographs of the conversations that were still on Jane Doe 2's phone.

### Jane Doe 3

39.    Jane Doe 3 is sixteen years old but was fifteen during the suspect communications. Below is a summary of the communication that she had with Bradley Quillen who had the username Hunter_addi2021.

---

[2] "My eyes only" is a feature that allows users to password-protect their snaps and stories to keep them private.

40.     On 8/26/2023, Hunter_addi2021 sent "Hey :))))", and Jane Doe 3 responded "Hey". Hunter_addi2021 asked, "How old are you??" Messages were sent where the content was not displayed in the return. This could be a result of Snapchat not retaining the data, or a disappearing setting utilized by one of the users.   Hunter_addi2021 stated "Sorry this is like the only social I have to talk to people…"  Hunter_addi2021 asked Jane Doe 3 if she was single.  She stated "Yes". Hunter_addi2021 stated "Same I just got cheated on".  Hunter_addi2021 sent the four stock images of the boy playing basketball to Jane Doe 3 and stated "That's me btw".  Jane Doe 3 sent seven photographs of herself.  A large amount of content was not displayed in the return.  On 8/30/2023, Hunter_addi2021 stated "I can call in like 5!".  A call was made on 8/30/2023.  A second call was made on 8/30/2023.  A third call was made on 8/30/2023.  On 8/30/2023, Hunter_addi2021 stated, "You literally have me so hard rn".   Jane Doe 3 stated that she was sorry about that. Hunter_addi2021 replied "Nooo keep going with three emoji's" "Don't be sorry! I love it." Jane Doe 3 stated "Okay".  More unreadable content was sent. On 8/30/2023, Hunter_addi2021 asked if he could get a goodnight tease.  Jane Doe 3 stated "Yes".  Hunter_addi2021 stated "Make it super sexy and make me want more babe".  Investigators could see that messages were exchanged; however, the content of those messages was no longer viewable.  Hunter_addi2021 stated, "You make me want you sooooo bad".

41.     It appears that their communication then transitioned to snapchat for a few days, and on 9/5/2023, Hunter_addi2021 stated his snap didn't work on his phone again, so he was back to Instagram. On 9/7/2023, Hunter stated, "Can I please see a little tease" and "I'm begging baby". "Baby, can I just see a little bit of you I'm dying to see you."  On 9/11/2023, Hunter_addi2021 stated, "Hahahaa I mean I'd kiss u so much if you'd let me".  During conversation, restaurants were discussed.  Hunter_addi2021 stated "Let me take you on a date there :)." Hunter_addi2021

stated, "I'd literally get you and give you anything you ever needed or wanted." Jane Doe 3 stated, "Really now". Hunter_addi2021 stated "Yes like I'm so serious". A large number of messages were exchanged for which no content was produced in the return.

42.    On August 20, 2024, Jane Doe 3 was interviewed at the CAC by CAFI Ashley Gonzales. Jane Doe 3 is currently sixteen years old. Jane Doe 3 was advised she was not in any trouble, and the interview was being recorded. She said she knew the FBI was here, but she did not know exactly why she was there. She said she knew it had to do with social media, but she did not know what. Jane Doe 3 provided the account names for her Snapchat and Instagram. Ashley asked Jane Doe 3 to tell her about a time where someone asked her to send pictures/videos without any clothes on. Jane Doe 3 said she typically just blocks or reports them, but there had been a few times. Ashley explained to Jane Doe 3 that she had some chat messages and identified the username hunter_addi2021. Jane Doe 3 stated she remembered him.

43.    Ashley asked Jane Doe 3 to walk her through that. Jane Doe 3 explained that he followed her, on Instagram and she followed him back because she thought he was from northwest Arkansas, and he played basketball. Jane Doe 3 said that he started asking stuff, and she wasn't comfortable with it at first. She said that she wanted to get to know each other first. Jane Doe 3 explained that she had a lot of friends from school who followed him on social media too. Ashley asked Jane Doe 3 what she learned about him. Jane Doe 3 explained that she learned he went to Harbor High School and he played basketball. Jane Doe 3 said he didn't give her his age, but she thought he was seventeen because he was in high school.  Ashley asked how many people she thought they had in common (mutual friends). Jane Doe 3 stated around sixteen or eighteen. Jane Doe 3 explained that he had a basketball photo on his Instagram.  Jane Doe 3 said she was fifteen when she was messaging him. Jane Doe 3 said she typically tells people she is fifteen or sixteen.

Ashley asked Jane Doe 3 to tell her about pictures or videos that they exchanged.  She said that she knew he sent really inappropriate things. Jane Doe 3 said she thought she just sent a "boob" or something.

44.     Jane Doe 3 said he made her feel really bad for not sending stuff back.  She said he would send a video of "doing what guys like to do when they are horny". Jane Doe 3 said that he would make threats like jumping off a cliff for not sending stuff back. She stated she could not remember exactly. She said in the video you could tell he was moving his "dick" back and forth under his pants. She said it was always videos, and she saw his penis once or twice that was not covered up.  Jane Doe 3 said she would try not to reply, but he would spam her and she would feel bad.  She said she only sent images of her breasts.  Jane Doe 3 said she did not recall how he worded it when he asked for images.  Ashley asked if he ever told her what to do in the videos. Jane Doe 3 said that he told her to play with herself.  Jane Doe 3 said that she would tell him she wasn't comfortable at first, and then he would make her feel bad, and she would do it anyways.

45.     Ashley asked if these were images/videos created in the moment, or if she had them saved somewhere. Jane Doe 3 stated they were always created. Jane Doe 3 said that she stopped talking to him.  Jane Doe 3 explained that her friend asked her if she knew him, because she was talking to him, and he said that he knew her.  Jane Doe 3 said that her friend said he was asking her for the same type of stuff he was asking Jane Doe 3 for.  (Nude Images/Videos).  Jane Doe 3 explained that she stopped talking to hunter_addi2021 because he made her so uncomfortable and she felt like she had to send pictures every day, and she did not like that.  Jane Doe 3 said that she did photographs with and without her bra.

46.     Investigators have currently located no images of Jane Doe 3.

**Jane Doe 4**

47.     Jane Doe is a fourteen-year-old female. The messages referenced below occurred on Snapchat between Jane Doe 4 and Bradley Quillen.  Quillen has a history of changing his snapchat display name.  In this encounter his name shows to be bradquillen, however; this information was from the account with the username hogs2224.  Jane Doe 4 sent an image of her fingering her vagina on April 11, 2024, and a second image of her fingering her vagina along with a video.  On April 13, 2024, Jane Doe 3 sent a funny video of her and a friend.  On April 14, 2024, bradquillen sent a video of himself masturbating in his shorts.  On April 15, 2024, bradquillen sent an image with the text written across saying, "I can't sleep :(".  On April 17, 2024, bradquillen sent an image with the text written "Truth or dare???".

48.     On April 19, 2024, bradquillen sent an image looking out of a vehicle window with the text "In the car for the next 5 hours."  On April 20, 2024, bradquillen sent an image holding his penis through his pants/shorts with the words "Come sneak in! I have a room to myself".  On April 20, 2024, bradquillen sent an image inside of a shower with the caption "Shower time".  On April 21, 2024, bradquillen sent an image of a bedroom.  On April 23, 2024, bradquillen sent an image of a bedroom with the text "I don't wanna go to school!!!!"  On April 24, 2024, bradquillen sent an image with the text "Skip school and come over".  On April 25, 2024, bradquillen sends a pic that says, "Truth or dare??".  On April 26, 2024, bradquillen sent an image saying, "If I don't answer it's cause I'm with family".  On April 27, 2024, bradquillen sent an image of a room with the words "Come cuddle" written across it.  On April 29, 2024, bradquillen sent an image asking "Do you have any sexy saved pics or vids hidden on ur phone?"

49.     On August 20, 2024, Jane Doe 4 was interviewed at the CAC in Benton County. FBI CAFI Interviewer Ashley Gonzales conducted the recorded interview. Jane Doe 4 stated she enjoys track.  When asked about the account referenced in this case, Jane Doe 4 stated that was

her account. Ashley showed Jane Doe 4 a photograph of a picture that had words on it. Jane Doe 4 stated she did not remember. Ashley showed Jane Doe 4 a second photograph, and there was a screenshot of a video in the image. Ashley covered the body part with a sticky note. Jane Doe 4 stated she did not remember the username, but she identified herself as the person in the video/screenshot. When reviewing a photograph, Jane Doe 4 remembered the conversation. Jane Doe 4 stated she thought his name was Braydon or Brandon. Jane Doe 4 said he was fifteen and did not like sending face pictures. Jane Doe 4 said he sent her videos of him "jerking off" and of his penis. Jane Doe 4 said he asked for pictures. Jane Doe 4 said he asked for images. Jane Doe 4 said she knew she had sent either "Ass or Tit". Jane Doe 4 said she thought it was mainly images, but maybe only one video. Jane Doe 4 said she unadded him, because she did not have a good feeling about him. Jane Doe 4 stated these conversations occurred on her iPad. Jane Doe 4 currently does not have social media.

50. Investigators have currently located two images and one video of Jane Doe 4 in the search warrant returns.

51. On October 9, 2024, Quillen was arrested on state charges of Engaging Children in Sexually Explicit Conduct for Use in Visual or Print Medium, §5-27-303, Class Y Felony (4 Counts), Distribution, Possession, or Viewing of Matter Depicting Sexually Explicit Conduct Involving a Child, §5-27-602, Class C Felony (17 Counts). Since that arrest, the investigation has been ongoing, and the following information was discovered.

## Jane Doe 5

52. On October 11, 2024, I met with Jane Doe 7 in recorded interview room number one. Jane Doe 7 was at the Benton County Sheriff's Office to talk about her interaction with Bradley Quillen. Jane Doe 7 stated she ran cross country for him at a local middle school in

Rogers, and in April 2024, she started receiving Instagram messages from Hunter Addison.  Jane

Doe 7 stated she told him that she was fourteen years old.  Jane Doe 7 described Hunter asking her

weird questions such as "Are you innocent or Nah?"  Jane Doe 7 said she was asked if she had

ever been fingered before, and asked if she sent nudes.  Jane Doe 7 stated he sent a video of him

"jerking off" through his shorts.  Jane Doe 7 that he also asked her for a "tease".  Jane Doe 7 stated

she did not send him any nude images.

   53. Jane Doe 7 stated the Hunter Addison account messaged her friend about her.  Jane

Doe 7 provided me with these messages.  The following is the conversation between Hunter

Addison and the friend of Jane Doe 7.  These messages were provided from the friend to Jane Doe

7, and Jane Doe 7 sent them to me.

Account: huntaddison2224- Instagram
a. Hunter: "Yo"
b. Friend: "wsp?" Hunter: "The girl in ur insta post in the pink tank top is so fineeee"
c. Hunter: "U gotta date her bro"
d. Friend: "chat"
e. Friend: "if you think shes fine why don't you date her"
f. Hunter: "Well I added her but she hasn't added me back"
g. Hunter: "She have snap?"
h. Friend: "nah"
i. Hunter: "Oh damn why not"
j. Friend: "shes not allowed to"
k. Hunter: "Damn ok"
l. Hunter: "Tel her to add me on insta"
m. Friend: "ill see what I can do for you"
n. Friend: "but she likes someone"
o. Hunter: "I'd be better u lromise"
p. Hunter: "I promise*"
q. Friend: "hmm"
r. Hunter: "U know her well?"
s. Friend: "yea ive known her for like 3 years"
t. Hunter: "Damn she like freaky or innocent?"
u. Hunter: "Jw I won't judge"
v. Friend: "I mean like which do you want her to be"
w. Hunter: "I mean I'm kinda freaky but also would be loyal to get and stuff"

| | |
|---|---|
| x. | Friend: "thats valid" |
| y. | Hunter: "Yeah what's she" (unable to see because arrow) |
| z. | Friend: "I can answer other stuff but that's jot me to speak on ykwim" |
| aa. | Hunter: "Yeahhhhh well u should tell her about me and tell her to add me" |
| bb. | Friend: "ok" |
| cc. | Friend: "hmu if u need something" |
| dd. | Hunter: "Okkkk bet" |
| ee. | Hunter: "Do u know any freaky girls rho?" |
| ff. | Hunter: "Tho" |
| gg. | Friend: "i do" |
| hh. | Hunter: "Oh damn who?" |
| ii. | Friend: "theres a lot of girls at my school" |
| jj. | Hunter: "Shut what up they look like" |
| kk. | Friend: "ima have to ask them first" |
| ll. | Friend: "kind of giving them away to people they dont know" |
| mm. | Hunter: "I won't say u showed me I'm not like that" |
| nn. | Friend: "i wont show you without asking them first im not like that" |
| oo. | Hunter: "Well how u know they are freaky" |
| pp. | Friend: "because im friends with them" |
| qq. | Hunter: "What do they do?" |
| rr. | Friend: "wdym" |
| ss. | Hunter: "Like to be freaky" |
| tt. | Hunter: "Wat have they done" |
| uu. | Friend: "I know people that do a tiny bit, some that do a kittle more than thay and like super freaks" |
| vv. | Friend: "so it depends what you want" |
| ww. | Hunter: "Like who sends?" |
| xx. | Friend: "prolyl be like the middle one" |
| yy. | Hunter: "Who?" |
| zz. | Friend: "ima ask them first" |
| aaa. | Hunter: "Bro just show me I'll talk to them and get to know them and stuff" |
| bbb. | Friend: "I cant do that for you man" |
| ccc. | Friend: "why cant u wait a lil hit" |
| ddd. | Friend: "bit" |
| eee. | Hunter: "They will ask and be sus about it all" |
| fff. | Hunter: "Who would send tho?" |
| ggg. | Friend: "theres a couple" |
| hhh. | Hunter: "They ever sent to u?" |
| iii. | Friend: "nah that shit will get you in trouble" |
| jjj. | Friend: "so ion do that" |
| kkk. | Hunter: "Oh how u know they sent thenv" |
| lll. | Friend: "because im their friend" |

| | |
|---|---|
| mmm. | Friend: "they trll me stuff" |
| nnn. | Hunter: "Is she hot?" |
| ooo. | Friend: "yea" |
| ppp. | Hunter: "Bro one pic show" |
| qqq. | Friend: "I got an idea" |
| rrr. | Friend: "ill show you" |
| sss. | Friend: "AFTER I get permission" |
| ttt. | Hunter: "Ok that's fine. I respect that" |
| uuu. | Friend: "im not trying to be a bitch like I respect the hussle but I aint tryna betray trust" |
| vvv. | Friend: "bc maybe thye don't want their face shown ykwim" |
| www. | Friend: "like eithout them knowinf" |
| xxx. | Hunter: "Yeah but they wouldn't know u showed me I wouldn't tell them" |
| yyy. | Friend: "thats still going behind their back" |
| zzz. | Hunter: "But how would they know" |
| aaaa. | Friend: "that's the point" |
| bbbb. | Hunter: "Oh ok I get it" |

54. Jane Doe 7 stated several months later, possibly July, she received messages from user brandonbo74. Jane Doe 7 explained she felt like this was the same person as Hunter Addison. She described both accounts as sending similar style messages. Jane Doe 7 stated that both accounts asked her about going to a Lake House. Jane Doe 7 stated that they only showed images of the legs down, and a quilted blanket. Jane Doe 7 described BrandonBo as sending her messages asking what she has done. Jane Doe 7 stated that the images from BrandonBo looked like something you'd see at a grandparent's home with a quilted blanket and a wood bed with a TV. It is important to note that law enforcement seized the devices belonging to Bradley Quillen on May 16, 2024. After I received the information provided by Jane Doe 7, I took steps to determine if the social media accounts associated with the usernames BrandonBo belonged to Bradley Quillen.

**Jane Doe 6**

55. On October 15, 2024, Jane Doe 8 was interview at the CFAC in recorded interview room number three. Forensic Interviewer Nikki Gomez conducted the interview. Jane Doe 8 is

currently twelve years old and attends the school where Quillen taught prior to his arrest. Jane Doe 8 knew Quillen because filled out a survey at school saying she wanted to run track and play volleyball. She also explained that she interacted with social media accounts on Instagram and Snapchat related to BrandonBo identity. When asked if Jane Doe 8 had any questions, she stated she wrote things down in her notes. She explained that the note on her phone was all from her, but it was her mom's idea so she wouldn't forget anything.  She stated her and her friends had a sleepover, and "he" (Brandon Account) added them on snapchat.  Jane Doe 8 stated that "he" (Brandon account) sent her friend nudes one night.  She said that she took her friends phone and told him to stop contacting them.  She said that he then added her on snapchat. She said that he would always say things like bring your friends down to the lake house, and we can have so much fun in the hot tube.  Jane Doe 8 stated that he told her he got into trouble with the police, so he couldn't show his face on Snapchat anymore.

56.     Jane Doe 8 said he had so many accounts.  Jane Doe 8 said that there were times on Instagram that he would ask her to add him on Snapchat and described him as having multiple accounts. Jane Doe 8 said that Quillen would pull her out of class sometimes and request her phone and password.  Jane Doe 8 explained that he was supposed to be setting up Dragonfly[3]  on her phone.  She said that every time he gave her phone back to her Dragonfly was not set up.  She stated she got Instagram approximately four months ago, and once she got Instagram, he (Brandon account) added her and started begging her to add him back on Snapchat. Jane Doe 8 stated when she would unadd him, he would slide up on her public stories.   She stated that he would say that he just wanted to be her friend.

---

[3] Dragonfly is an athletic management software solution, specifically designed to streamline the complexities of high school sports administration. The platform offers a comprehensive suite of tools tailored for state athletic associations, schools, athletic directors, and officials.

57.     Nikki asked who the person was, and Jane Doe 8 stated it was mostly the Brandon account.  Nikki explained that a story has a beginning middle and end, and asked Jane Doe 8 to start at the very beginning on her interaction with him.  Jane Doe 8 explained that she did a survey at school where she indicated that she wanted to run track and play volleyball on it.  Jane Doe 8 said he introduced himself to everyone who wanted to run track.  Jane Doe 8 said he (Brandon account) was a mutual friend to everyone.  She said he (Brandon Account) added her on snapchat one day because they had four mutual friends.  Jane Doe 8 explained that they talked, and he identified himself as 14 or 15, and she told him she had to unadd him because he was too old (she was 11 at the time).  Jane Doe 8 said after she unadded him, he kept adding her on different accounts.  Jane Doe said that he would message her/reply to her stories begging to be added.  Jane Doe 8 said that's when he started pulling her out of class (when she kept unadding him).  She said that after she got pulled out of class the second time, she was added by the Hunter account.  Jane Doe 8 said that he told her he was 13 or 14, and she unadded him.  She described being pulled out of class during her fourth period; and not receiving her phone back until she was on her way to fifth period.  Jane Doe 8 said that he took her phone back to his classroom during that time.

58.     Nikki made a timeline with Jane Doe 8 to establish which account she was speaking with at a time.

59.     Jane Doe 8 said that she was asked to send nude images (Hunter account on snap), and so that's when she unadded him.  Jane Doe 8 explained that he sent photographs to her friend but not to her.  Jane Doe 8 explained that she saw images that looked like he had just gotten out of the shower, and it was showing his stomach up (Hunter account).

60.     Jane Doe 8 said that the last time "he" (Brandon account) texted her on Instagram was on October 6, 2024.  Jane Doe 8 explained that he told her he would be "normal" and was

asking her to add him back on snapchat.  She explained this was the Brandon Bo account. Nikki asked her how she knew it was the same person adding her on all the different accounts. Jane Doe 8 explained it was the same bit emoji, and it had Brandon in the name.

61.     After the forensic interview, I met with Jane Doe 8 and her parents.  Jane Do 8 provided me with a screen recording of a snapchat encounter with "Brandon".  The first message seen was a photograph of a shoulder and beige bedsheets with "Hey" written across the message. The next image shows a plaid blanket and a tv in the corner of the room with the text "What all have you done with a guy? I won't judge".  The next image is of a shoulder, and you can see an Arkansas Razorback gray shirt.  The text "I wish u were here" was written across the image. The next image is taken from the bed, and you see the plaid blanket and a leg/foot.  A TV is again seen in this image.  The text from this image says "I'm so boreddddd" across it.  The next image is a similar style photograph showing the bed and person laying there without their face.  The TV is seen in the corner of the room, but there's no text on this image. The next image is over the person's shoulder, laying in bed, wearing a gray shirt similar or the same as the razorback shirt previously mentioned, and the words "Watcha doin" written across the image. The next image is of the bed and clothed shoulder with the text "What's the hottest pic you have saved on ur phone???"  The next image is a person laying in bed, the blanket is different in this image or possibly flipped over. There is a TV in the corner of the room, and text over the image saying, "I'm so boreddddddddd". The next message seen is Brandon saying Heyyy to her story.  At the end of the screen recording, it states "Your 3-day snapstreak ended" "You deleted a chat" "Today you screen recorded chat 17 Times!"

62.     Jane Doe 8 provided me with a screen recording from her Instagram messages as well.  The account messaging her is brandonbo74.  The conversation is as follows:

Aug 27 at 2:26PM

Brandon: "Add my snap I never check insta"
Brandon: "Realbo2024"
Brandon: "And u also seem super cool and nice"


Aug 27 at 10:25PM

Brandon: "Why did u unadd me I just got home"

Aug 28 at 5:34AM

Brandon: "Please add me back on snap"

Sep 17 at 11:20PM

Brandon sent a photo

Sep 19 at 2:39PM

Brandon sent a photo

Sep 22 at 10:38PM

Brandon sent a photo

Sep 29 at 11:34AM

Brandon sent a photo


Sep 29

Jane Doe 8 replied back to the message saying Please add me back on snap saying "Why"
Brandon: "I'm so bored and just need someone to talk to"

Brandon: "Brandon552"

Brandon: "That's my snap"

Brandon: "I like talking to you, you are actually chill and easy to

talk to"

Jane Doe 8: "oh"

Brandon: "Can you add me tho"

Brandon: "I'll be normal"

Brandon: "Please"

Jane Doe 8: "what do u mean by normal"

Jane Doe 8: "U scare me"

Brandon: "I don't wanna be scary"

Brandon: "I wanna be ur friend"

Jane Doe 8: "You've tried"

Brandon: "Yeah and u unadd me randomly all the time"

Brandon: "And ngl it makes me so sad.  I'm happy when I snap u and talk with u"

Jane Doe 8: "Cus u we're being weird"

Brandon: "I won't be weird"

Brandon: "I swear"

Jane Doe 8: "Uh"

Brandon: "I swear"

Jane Doe 8: "idk"

Brandon: "Please"

Sun 10:57AM

Brandon: "I'm not doing good :("

63.    In a follow up interview,  I asked Jane Doe 8 why she thought the Hunter account and the Brandon account where the same person.  Jane Doe 8 said she was told that both accounts where him.  Jane Doe 8 explained that Hunter and Brandon both sent images in the same room.

Jane Doe 8 said that the accounts talked differently like the Hunter account talked older/ wiser. I asked Jane Doe 8 about her snap streak with the Brandon account, and she stated that every day she sends out a photo of a black screen with an S on it or a photo of her face to keep her streaks up.[4]

64.     On October 17, 2024, I received CyberTipline Report 199268458 from Electronic Service Provider (ESP) Snapchat. Snapchat reported a primary incident of Child Pornography (possession, manufacture, and distribution). The incident date/time was listed as 9/1/2024 at 20:33:17UTC. Snapchat noted the incident date time value is when the most recent media file being reported was saved, shared, or uploaded by the reported user. Snapchat reported a victim account with a date of birth in September of 2008. The suspect account was listed as the following:

a.  Date of Birth: 07-29-2008

b.  Email Address: brandon.bo74@icloud.com (Verified)

c.  Screen/User Name: realbo2024

d.  IP Address: 72.206.3.105 (Other)   09-13-2024  12:27:03 UTC

e.  IP Address: 107.115.147.129 (Other) 09-02-2024 03:23:55 UTC

f.  IP Address: 69.235.40.96 (Registration)  07-29-2024 17:23:45 UTC

g.  Additional Information: IP address data identified as "other" may be associated with one of several sources, including logout or app authentication events The account identifier

---

[4] A snapchat streak means that a user has exchanged snaps with another user on their friends list for at least 3 consecutive days.

provided is a "username" which should be provided when seeking data. The reported account has no phone number available.

h.  IP Address 72.206.3.105 returns to Cox Communications.

i.  IP Address 69.235.40.96 and IP Address 107.115.147.129 returns to AT&T.

65.    I requested an administrative subpoena to these two companies for the users associated with these IP Addresses at the above-mentioned date/time.

66.    AT&T retuned with the subscriber of the IP 69.235.40.96 as CPR Cell Phone Repair Rogers 4500 W. Walnut St. STE 2.  I went to the Cell Phone Repair store and advised them I was working an investigation.  I asked them if they could tell me who utilized their services on 7/29/2024.  The worker had trouble filtering their computer system to a specific date.  I requested they search by the name Bradley Quillen.  The store confirmed that Bradley Quillen bought a phone on 7/29/2024 at approximately 12:05PM.  Kari Riggins, an employee, provided me a screenshot of this ticket.

67.    Cox Communications provided me with the Subscriber information for IP Address 72.206.3.105. Laura Quillen 308 Shadow Ridge Way Cave Springs, Arkansas.

I reviewed the images/video's provided by Snapchat.  The following is a description:

a.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:17:0:0.jpg

Description: Image depicts possibly a shoulder in the shower.  The shower appears to be tan tile with a black shower head.

b.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:13:0:0.jpg

Description: Image of a person laying in a bed.  The person is wearing gray shorts with a white stripe down the side.  There is a

TV in the corner of the room. The TV is on an antic style stand with a white box close to it. There is a white door next to the TV.

c.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:16:0:0.jpg

Description: Image of person laying in bed with the TV on in the corner of the room. There is a text overlay stating "I want you Here so so bad".

d.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:9:0:0.jpg

Description: Image of a person laying in a bed with the TV on in the corner of the room. There is a text overlay stating "What's the hottest pic you have saved? I won't judge".

e.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:8:0:0.jpg

Description: Image of a person laying in bed with the TV on in the corner of the room. There is a text overlay with the words "What's the hottest thing you have saved on ur phone???"

f.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:12:0:0.jpg

Description: Image of male laying in bed wearing navy blue pants/shorts grabbing his penis through his shorts. This image has a text overlay with the words "Can o see ur full body??"

g.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:14:0:0.jpg

Description: Image of a person laying in bed with the TV on. There is a text overlay with the words "Come cuddle I'm home alone".

h.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:15:0:0.jpg

Description: Image of male laying in bed. The male is pulling down his shorts, but is not exposing his penis. There is a text overlay reading "Do u have better ass or boobs????"

i.  Filename: 1:b8930748-02ca-5a38-a6c7-06a7dca0a33b:10:0:0.jpg

Description: Image of person laying n bed watching a Florida football game. There is a text overlay reading "Wanna have fun????"

68.     It should be noted these images and communication are very similar to the images/communication in relation to Hunter Addison. It does appear that the rooms are different, but the Hunter Addison reports were related to Quillen's previous residence of 6009 S 37th St. Rogers, Arkansas. When arrested, Quillen reported he was currently living at 308 Shadow Ridge Way Cave Springs, Arkansas. The text overlays in some of the Hogs2224 accounts read "I want you here so bad", "I won't judge I have a vid of me and my ex saved", "Can I see ur full body?"

69.     It should be noted that this is still an ongoing investigation with data still to be reviewed. There are additional victims around the United States, and locally. The six juveniles mentioned in this warrant are local victims from Northwest Arkansas. Investigators are still identifying, and interviewing victims. It should be noted that the interview summaries and message summaries are only summaries and not a complete reflection of the interaction.

## Background Regarding Snapchat, Inc. (Snap, Inc.) Accounts

70.     Snapchat is a multimedia messaging application developed by Snapchat, Inc. which principal features are that pictures and messages are usually only available for a short time before inaccessible to their recipients.

71.     Snapchat is primarily used for creating multimedia messages referred to as "snaps". "Snaps" can consist of a photo or a short video, and can be edited to include filters and

effects, text captions, and drawings.  "Snaps" can be directed privately to selected contacts, or to a semi-public "Story" or a public "Story" called "Our Story".

72.    Private message photo "snaps" can be viewed for a user-specific length of time (1 to 10 seconds as determined by the sender) before they become inaccessible.

73.    In May 2014, Snapchat added the ability to communicate via video chat with other users as well as including a Direct Messaging feature to send text messages to other profiles.

74.    The Snapchat application was evolved from originally focusing on person-to-person photo sharing to presently featuring users' "Stories" of 24 hours of chronological content, along with "Discover", letting brands show ad-supported short-form content.

75.    Snapchat users can find or access friends via usernames and phone contacts, using customizable "Snapcodes", or through the "Add Nearby" function, which scans for users near their location who are also in the "Add Nearby" menu.

76.    Snapchat has become notoriously known to be popular among the younger generations, particularly those below the age of 16, leading to many privacy concerns for parents.

77.    As of March 2020, Snapchat had approximately 229 million daily active users. On average, more than 4 billion "Snaps" are sent each day.

## Execution of the Search Warrant

78.    Because the Snapchat, Inc. (Snap, Inc.) servers containing the information and evidence are located outside of the Western District of Arkansas, your Affiant will not physically execute this search warrant at Snapchat, Inc. (Snap, Inc.) in Santa Monica, California.   Instead, a copy of the search warrant will be uploaded to the Snapchat, Inc. (Snap, Inc.) Security/Legal

Compliance Department located in Santa Monica, California via the Snapchat, Inc. (Snap, Inc.) law enforcement portal.

79.    Upon receiving the copy of the search warrant the Snapchat, Inc. (Snap, Inc.) Security/Legal Compliance Department will ensure that the requested records are recovered from their servers in a manner consistent with the preservation and handling of evidentiary material. The execution of the search warrant in this manner will ensure that Snapchat, Inc. (Snap, Inc.) business operation is uninterrupted by the otherwise physical execution of a search warrant by law enforcement and provides the least intrusion manner for all parties involved.

### Conclusion

80.    Based on the facts outlined in this affidavit and upon my experience and training, I believe that there is now probable cause to believe that evidence, fruits, and/or property designed for use, intended for use, or used in committing violations of Title 18 U.S.C. § 2422(b) (Enticement and Coercion of a Minor), Title 18 U.S.C § 2251(d) (Sexual Exploitation of Children), Title 18 U.S.C. § 2252A(a)(1) Transportation of Child Pornography), Title 18 U.S.C. 2252A(a)(2) (Receipt/Distribution of Child Pornography), Title 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography/Access with Intent ) are currently within the Snapchat account with usernames realbo2024 and Brandon552.

79.    Therefore, I respectfully request this Court to issue a search warrant authorizing the search of the Snapchat accounts realbo2024 and Brandon552, which belong to Bradley QUILLEN.

Alison Nguyen
FBI Task Force Officer

Affidavit subscribed and sworn to before me this 24th day of January 2025.



Honorable Christy Comstock
United States Magistrate Judge

**ATTACHMENT A**

Property to Be Searched

This warrant applies to information associated with the Snapchat user accounts with Usernames: realbo2024 and Brandon552 certain accounts that are stored at the premises controlled by Snapchat, Inc. (Snap, Inc.) between April 1, 2024,  through December 4, 2024, that is stored at premises owned, maintained, controlled, or operated by Snapchat, Inc. (Snap, Inc.) located at 2772 Donald Douglas Loop North in Santa Monica, California 90405.

**ATTACHMENT B**

**Particular Things to be Seized**

I.  **Information to be disclosed by Snapchat, Inc. (Snap, Inc.)**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snapchat, Inc. ("Snapchat"), including any messages, records, files, logs, or information that have been deleted but are still available to Snapchat. Snapchat is required to disclose the following information to the government for each user ID -Subject Accounts listed in Attachment A from April 1, 2024,  to December 4, 2024, concerning violations of Title 18 U.S.C. § 2422(b) (Enticement and Coercion of a Minor), Title 18 U.S.C § 2251(d) (Sexual Exploitation of Children), Title 18 U.S.C. § 2252A(a)(1) Transportation of Child Pornography), Title 18 U.S.C. 2252A(a)(2) (Receipt/Distribution of Child Pornography), Title 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography/Access with Intent ):

 a) all records or other information pertaining to the Subject Accounts, including all files, databases, and database records stored by Snap in relation to that account;

 b) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Snapchat passwords, Snapchat security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

 c) All activity logs for the account and all other documents showing the user's posts and other activities;

 d) All photos and videos uploaded, distributed, received, or saved by that user ID;

 e)  All profile information, status updates, and contact lists associated with the accounts;

 f) All other records of communications and messages made or received by the user;

 g) All "check ins" and other location information;

h)      All IP logs, including all records of the IP addresses that logged into the account;

i)      All past and present lists of friends or contacts created by the account;

j)      Any and All information deleted from the accounts but still recoverable by Snapchat;

k)      The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

l)      All privacy settings and other account settings, including privacy settings;

II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 U.S.C. § 2422(b) (Enticement and Coercion of a Minor), Title 18 U.S.C § 2251(d) (Sexual Exploitation of Children), Title 18 U.S.C. § 2252A(a)(1) Transportation of Child Pornography), Title 18 U.S.C. 2252A(a)(2) (Receipt/Distribution of Child Pornography), Title 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography/Access with Intent ) and involving the SUBJECT ACCOUNTS outlined herein from April 1, 2024, through December 4, 2024, including, for the information identified on Attachment A, information pertaining to the following matters:

(a)     Evidence indicating how and when the Snapchat account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Snapchat account owner;

(c)      Evidence indicating the Snapchat account owner's state of mind as it relates to the crime under investigation;

(d)     The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e)     The identity of the person(s) who communicated with the user ID about matters relating to the interstate transportation of minors or sexual contact with minors

(f)     Any and all conversations, contacts, messages, emails, posts and/or chats involving the interstate transportation of minors, planning or commission of travel, and sexual contact with minors

(g)     Content of all communications from April 1, 2024, through December 4, 2024, including Snaps, Memories, Stories or Chats, sent or received by Subject Accounts. Subject accounts would belong to realbo2024 and Brandon552.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.